A CERTIFIED TRUE COPY
ATTEST

By Jakela Mells on Jul 02, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 16, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

C 09-2245 EMC
(SEE ATTACHED SCHEDULE)

FILED

SEP - 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONDITIONAL TRANSFER ORDER (CTO-323)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,648 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 02, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-28-09

ATTEST: _____

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    MDL No. 875

### SCHEDULE CTO-323 - TAG-ALONG ACTIONS

**DIST.  DIV.  C.A. #      CASE CAPTION**

CALIFORNIA NORTHERN
~~CAN    3    09-2187    Thomas Hixson v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Opposed 6/30/09**
~~CAN    3    09-2189    Patrick Farley v. Associated Insulation of California, et al.~~ **Opposed 6/30/09**
CAN    3    09-2244    Henry Salm v. Foster Wheeler, LLC
CAN    3    09-2245    Ruben Valdez v. General Electric Co.
CAN    3    09-2246    William Cooper v. General Electric Co., et al.
CAN    3    09-2248    Miramon Anaya v. General Electric Co., et al.
CAN    3    09-2282    John McCollister v. General Electric Co., et al.
CAN    3    09-2285    Eldon Marlow v. Northrop Grumman Corp., et al.
CAN    3    09-2336    Kenneth W. Johnson v. Foster Wheeler, LLC
~~CAN    3    09-2363    William Dennis, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Vacated 7/1/09**
CAN    3    09-2424    Patricia Pistilli, et al. v. McDonnell Douglas Corp., et al.
CAN    3    09-2433    Vernice Bryant, et al. v. General Electric Co., et al.
CAN    4    09-2335    James Connolly v. General Electric Co., et al.

CONNECTICUT
CT     3    09-373     Jayne DeMarco, et al. v. Buffalo Pumps, Inc., et al.

MICHIGAN EASTERN
MIE    2    09-12293   Larry E. Miller, et al. v. Ford Motor Co.

NORTH CAROLINA MIDDLE
NCM    1    08-735     Bryan D. Pritchard, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
NCW    1    09-185     Tommy Junior Spearman, et al. v. Aqua-Chem, Inc., et al.
NCW    1    09-186     Johnny Bryant Ferrell, Sr., et al. v. Aqua-Chem, Inc., et al.
NCW    1    09-191     Harold Dan Honeycutt, et al. v. Aqua-Chem, Inc., et al.
NCW    1    09-192     David Hargett, et al. v. Aqua-Chem, Inc., et al.
NCW    1    09-195     Marvin Eugene Griffin, Sr., et al. v. Alfa Laval, Inc., et al.
NCW    1    09-204     Reza Djali, et al. v. Aqua-Chem, Inc., et al.
NCW    1    09-207     Michael Wayne Wilson, et al. v. Aqua-Chem, Inc., et al.
NCW    1    09-208     Marion Wayne Sexton v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-323 Tag-Along Actions (Continued)**

NEW HAMPSHIRE
NH 1 09-194     Kenneth Wentworth, et al. v. A.W. Chesterton Co., et al.
NH 1 09-202     Ann M. Chiampa v. Trane U.S., Inc., et al.

OHIO NORTHERN
OHN 1 09-10012     Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 09-10013     Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 09-10014     Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
~~OHN 1 09-10016~~     ~~Robert Shepherd, et al. v. Allied Signal, Inc., et al.~~ **Opposed 7/1/09**

SOUTH CAROLINA
SC 0 09-1371     Martin Leslie Smith, Jr. et al. v. Aqua-Chem, Inc., et al.
SC 0 09-1512     Howard Durant Rhyne, et al. v. Aqua-Chem, Inc., et al.
SC 7 09-1451     Melvin Haroldean Mullinax, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-1262     Fredrick Eckel Gregg v. Aqua-Chem, Inc., et al.
SC 8 09-1265     David Brian Adams v. Aqua-Chem, Inc., et al.
SC 8 09-1389     Timothy Waynel LeCroy, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-1450     John Stephen Williams v. Aqua-Chem, Inc., et al.

VIRGINIA EASTERN
VAE 2 09-9535     George W. Mcmullen v. American Standard, Inc., et al.
VAE 2 09-9536     Franklin R. Payne v. American Standard, Inc., et al.
VAE 2 09-9537     William H. Monroe, Jr. v. American Standard, Inc., et al.
~~VAE 2 09-9538~~     ~~William H. Monroe, Jr., etc. (Linwood R. Johnson) v. Garlock Sealing Technologies, LLC, et al.~~ **Opposed 6/30/09**
VAE 2 09-9539     Carlos M. Bays v. American Standard, Inc., et al.
VAE 2 09-9540     Wayne Willis v. American Standard, Inc., et al.
VAE 2 09-9541     John H. Ankoviak v. American Standard, Inc., et al.
VAE 2 09-9542     George Bierzynski v. American Standard, Inc., et al.
VAE 2 09-9543     Richard H. Chattin v. American Standard, Inc., et al.
VAE 2 09-9544     Sherman A. Fields, Jr. v. American Standard, Inc., et al.
VAE 2 09-9545     Bobby N. Holland v. American Standard, Inc., et al.
VAE 2 09-9546     Alf G. Hustoft v. American Standard, Inc., et al.
VAE 2 09-9547     Francis R. Jenkins, Sr. v. American Standard, Inc., et al.
VAE 2 09-9548     Ray Lathrop v. American Standard, Inc., et al.